IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:22-CR-257-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| EDWARD SHELDON WHITAKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is Defendant's motion to seal Docket Entry Number 82 pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists.

Accordingly, the motion is ALLOWED and Docket Entry Number 82 shall be filed under seal.

SO ORDERED, this \_1\_ day of December, 2025.

JAMES C. DEVER III
United States District Judge