IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22CR00257-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD SHELDON WHITAKER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER TO AMEND WRIT OF CONTINUING GARNISHMENT |

For good cause shown on the motion of the United States, it is hereby ORDERED that the Clerk of the United States District Court will issue the Amended Writ of Continuing Garnishment, filed by the United States, reflecting the correct corporate name of the Garnishee.

This the 20 day of November, 2026.

J— Dever

JAMES C. DEVER III
United States District Court Judge